STATE OF NEW JERSEY v. MICHAEL MOSS.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH AUGUSTUS LARKINS.

July 14, 1982.

Petition for certification denied.

THE TOWNSHIP OF LIVINGSTON v. THE TOWN COUNCIL OF
THE TOWN OF WEST ORANGE.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JENKINS.

July 14, 1982.

Petition for certification denied.